CASE 98—ACTION FOR LUNATIC'S BOARD—NOVEMBER 23.

# Western Kentucky Asylum v. White, Committee.

### APPEAL FROM GREEN CIRCUIT COURT.

PENSION MONEY—LIABILITY OF, FOR TREATMENT IN INSANE ASYLUM.
—Pension money collected by a committee of a lunatic con-
fined in a State asylum is liable for such lunatic's board in an
action brought by the commissioners under section 257 of the
Kentucky Statutes.

HENRY & WOODWARD FOR APPELLANT.

The petition stated a cause of action under section 257 of
the Statutes and it was error to sustain a demurrer to it.
Ky. Stats., sec. 257; Civ. Code, sec. 90; Code of 1854, secs. 118-3;
Chitty's Pl., vol. 1, ch. 4, p. 264 (16th Am. Ed.); Hill v. Barrett,
&c., 14 B. M., 67; Cent. Ky. Lunatic Asylum v. Craven, 98 Ky.,
105; 17 Ky. Law Rep., 667.

D. T. TOWLES AND T. G. POORE FOR APPELLEE.

(No brief on file.)

JUDGE PAYNTER DELIVERED THE OPINION OF THE COURT.

In 1870 George White was, by appropriate proceedings,
declared a lunatic, since which time he has been confined
in the lunatic asylum, and the State has borne the ex-
pense of maintaining him.

This action is based on section 257, Kentucky Statutes,
which reads as follows:   "Where patients, who have been
or may be supported in either of said asylums, have or
shall acquire estate which can be subjected to debt, the
Board of Commissioners of such asylum, when reliably
informed of the fact, is authorized and directed, in every
such case, to sue for, in the name of the asylum and re-
cover the amount of such patient's board, at the rate of

$200 per year, or so much thereof as such estate will suffice to pay for the time they shall have been respectively kept and maintained therein, and not otherwise paid for, and by proper proceedings to subject their estates respectively, to the payment thereof. . . . The net sum realized in such suits shall be paid over to the State Auditor, who shall cover into the public treasury." . . .

It appears from the averments of the petition that the committee has in his hands several hundred dollars, which he has collected from the United States government as a pension allowed the lunatic, George White. The appellant is entitled to subject the money arising from the pension or any funds which may come into the hands of the committee to the payment of the claim in suit, and whatever sum may be recovered under this section goes into the public treasury for the purpose of reimbursing the State for the expense incurred in the maintenance of the lunatic while confined in the asylum.

The court erred in sustaining a demurrer to the petition. It should have been sustained to the answer.

The judgment is reversed, with directions that the court set aside the order sustaining the demurrer to the petition and for proceedings consistent with this opinion.